## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LAVENIA ELIZABETH LARUE**                                    **PLAINTIFF**

**V.**                          **No. 3:25-CV-00178-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                              **DEFENDANT**

## JUDGMENT

Consistent with today's order, judgment is entered for Defendant, and this case is DISMISSED.

Dated 9 March 2026.

_____
UNITED STATES MAGISTRATE JUDGE

1